| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

RONALD JOSEPH JACKSON, §
§
       Plaintiff, §
§
*versus* §    CIVIL ACTION H-06-2471
§
TOMMY THOMAS, §
§
       Defendant. §

## Opinion on Dismissal

    Ronald Joseph Jackson filed this case while in jail. He was released from jail, but has failed to keep the court advised of his current address as required by Local Rule 83.4. Jackson is lacking in due diligence. Under the court's inherent power to manage its docket, the complaint will be dismissed for want of prosecution. Jackson is advised that on a proper showing relief from this order may be granted under FED.R.CIV.P. 60(b).

    Signed at Houston, Texas, on November 21, 2006.

                                    Lynn N. Hughes
                               United States District Judge